

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rashun Deonta Williams, Appellant

No. 06-19-00192-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR02883). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to show that Williams entered pleas of true to the State's drug-related allegations that the trial court found were true. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Rashun Deonta Williams, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 28, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk